JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVON BROWN,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED REFRIGERATION, INC., et al.,<br><br>    Defendants. | NO. EDCV 22-1285-DOC (AGR)<br><br>ORDER OF DISMISSAL |

    On July 22, 2022, Plaintiff, appearing *pro se,* filed a complaint for racial discrimination and civil rights violations against Defendants United Refrigeration, Inc. and Centerline Drivers, LLC on March 18, 2022.

    On October 19, 2022, Defendant Centerline Drivers LLC filed an Answer to Plaintiff's Complaint. (Dkt. No. 5.)  To date Defendant United Refrigeration, Inc. has not appeared.

    On April 24, 2023, Plaintiff filed a notice of voluntary dismissal of the entire action with prejudice.  Plaintiff states that he is "filing a dismissal with prejudice against Centerline Drivers and United Refrigeration. I have accepted the defendants offer to end this case." (Dkt. No. 10 at 1.)

Accordingly, IT IS ORDERED that this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 3, 2023

*David O. Carter*
DAVID O. CARTER
United States District Judge

2